IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-HC-2101-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL NYHAN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the motion to dismiss (DE # 6) of respondent Paul Nyhan (hereinafter "respondent"). The motion was filed *pro se*. Because respondent is represented by counsel, the motion is DENIED WITHOUT PREJUDICE to respondent's right to file a motion through counsel seeking appropriate relief.

SO ORDERED, this the 31st day of July, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge